**Robert E. Franz, Jr.     OSB #730915**
E-Mail: rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson     OSB #153474**
LAW OFFICE OF ROBERT E. FRANZ, JR.
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
  Attorneys for Defendants
  Jeffrey Scott Jackson, and Benton County

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **Eric Konzelman**, an individual, | Case No. 6:19-cv-01072-MC |
| Plaintiff, | **Stipulated Judgment of** |
| | **of Dismissal as to Plaintiff** |
| v. | **Eric Konzelman and Defendants** |
| | **Jeffrey Scott Jackson and** |
| **Jeffrey Scott Jackson As Sheriff of Benton County**, in his individual and official capacity, **Benton County** a political subdivision of the State of Oregon, | **Benton County** |
| Defendants. | |

Page 1 -  Stipulated Judgment of Dismissal

BASED UPON THE STIPULATION OF THE PARTIES HERETO, as indicated below, by and through their attorneys of record, that the Plaintiff's Complaint against Defendants be dismissed with prejudice, and without costs, disbursements, or attorney fees to any of the parties;

IT IS NOW THEREFORE ADJUDGED that judgment be rendered, and judgment is hereby rendered dismissing Plaintiff's Complaint against Defendants with prejudice, and without costs, disbursements, or attorney fees to any of the parties.

Dated this 11th day of February 2021.

    s/Michael J. McShane
The Honorable Michael McShane
United States District Court Judge

IT IS SO STIPULATED:

/s/ Daniel E. Thenell
**Daniel E. Thenell**   OSB #971655
**Emerson L. Lenon**  OSB #123728
Thenell Law Group, P.C.
12909 SW 68th Parkway, Ste. 290
Portland, OR  97223
  **Of Attorneys for Plaintiff**


/s/ Robert E. Franz, Jr.
LAW OFFICE OF ROBERT E. FRANZ, JR.
**Robert E. Franz, Jr.**  OSB #730915
(541) 741-8220
  **Of Attorneys for Defendants**

Page 2 -  Stipulated Judgment of Dismissal